UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

AP MA FUNDING LLC,                                :

                       Plaintiff,        :

      -against-                             :

                                :        ORDER

LIMITLESS ENTERTAINMENT BOISE LLC,    :
LIMITLESS ENTERTAINMENT LLC, RAJ BHANOT; :        25 Civ. 6937 (GBD)
and SURAJ JAGANNATHAN,                 :

                    Defendants.        :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

GEORGE B. DANIELS, United States District Judge:

The initial pretrial conference, previously scheduled for December 10, 2025, is cancelled in light of this Court's referral to Magistrate Judge Henry J. Ricardo for general pretrial supervision.

Dated: New York, New York
       December 9, 2025

                                     SO ORDERED.

                                     _George B. Daniels_

                                     GEORGE B. DANIELS
                                     United States District Judge