UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/19/2025
```

AP MA FUNDING LLC,

                Plaintiff,

    -v-

LIMITLESS ENTERTAINMENT BOISE
LLC, *et al.*

                Defendants.

**ORDER**

25-CV-6937 (GBD) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

On December 19, 2025, the undersigned held an initial case management conference with the Parties. The Parties are directed to file a joint letter by **December 30, 2025** providing dates on which they are available for a settlement conference.

**SO ORDERED.**

Dated: December 19, 2025
      New York, New York

Henry J. Ricardo
United States Magistrate Judge