USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/18/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AP MA FUNDING LLC,

                    Plaintiff,

          -v-

LIMITLESS ENTERTAINMENT BOISE
LLC, *et al.*

                    Defendants.

**ORDER**

25-CV-6937 (GBD) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

Pursuant to the Case Management Plan and Scheduling Order, ECF No. 33, the parties were directed to file a joint status letter by February 17, 2026. To date, no status letter has been filed on the docket. The Court *sua sponte* extends the deadline to submit a joint status letter to **February 20, 2026**.

**SO ORDERED.**

Dated: February 18, 2026
       New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge