UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/20/2026
```

AP MA FUNDING LLC,

                    Plaintiff,

          -v-

LIMITLESS ENTERTAINMENT BOISE
LLC, *et al.*

                    Defendants.

**ORDER**

25-CV-6937 (GBD) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court is in receipt of the parties' joint status letter, ECF No. 43.  The parties are directed to file a further joint status letter by **April 21, 2026.**

Additionally, Plaintiff requests to stay this matter in the joint status letter. Any request to stay this matter must be made by letter motion.  However, the undersigned would deny such a motion if it were filed.

**SO ORDERED.**

Dated: February 20, 2026
          New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge