UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AP MA FUNDING LLC,

                  Plaintiff,

        -v-

LIMITLESS ENTERTAINMENT BOISE
LLC, *et al.*

                  Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/24/2026

**ORDER**

25-CV-6937 (GBD) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court is in receipt of Plaintiff's letter motion, ECF No. 45 (the "Letter Motion"), requesting to adjourn the February 26, 2026 settlement conference. The Letter Motion is **GRANTED**. The parties shall advise the Court regarding their availability for a rescheduled settlement conference in the joint status letter due on **April 21, 2026**. *See* ECF No. 44.

The Clerk of Court is respectfully directed to terminate the Letter Motion at ECF No. 45 as **GRANTED**.

**SO ORDERED.**

Dated: February 24, 2026
      New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge