UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AP MA FUNDING LLC,

                    Plaintiff,

         -v-

LIMITLESS ENTERTAINMENT BOISE
LLC, *et al.*

                    Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  4/22/2026

**ORDER**

25-CV-6937 (GBD) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court is in receipt of Parties' joint status letter. ECF No. 47. Parties are directed to submit another joint status letter by **May 22, 2026.**

**SO ORDERED.**

Dated: April 22, 2026
         New York, New York

Henry J. Ricardo
United States Magistrate Judge

1