**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

AP MA FUNDING LLC,                                              :
                                                               :
                     Plaintiff,                              :
                                                               :
   -against-                                                    :                ORDER
                                                               :
LIMITLESS ENTERTAINMENT BOISE LLC,              :
LIMITLESS ENTERTAINMENT LLC, RAJ BHANOT; :    25 Civ. 6937 (GBD) (HJR)
and SURAJ JAGANNATHAN,                               :
                                                               :
                   Defendants,                            :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

GEORGE B. DANIELS, United States District Judge:

This Court having been advised that the parties have reached a settlement in principle, (ECF No. 49,) the Clerk of the Court is hereby ORDERED to close the above-captioned action, without prejudice to restoring the action to this Court's calendar if an application to restore is filed within thirty (30) days of this Order.

All deadlines and conferences previously scheduled are adjourned *sine die*.

Dated: May 26, 2026
      New York, New York

                                     SO ORDERED.

                                     *George B Daniels*
                                     GEORGE B. DANIELS
                                     United States District Judge